CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 21 2005

JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| ISABEL DE SZINAY, | ) | CASE NO. 3:04CV00077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| CONSTANCE CROMARTIE, | ) | |
| | ) | By: B. WAUGH CRIGLER |
| Defendant. | ) | U.S. MAGISTRATE JUDGE |

For the reasons set forth in the court's Memorandum Opinion of even date, it is

ORDERED

as follows:

1. Plaintiff's August 9, 2005 Motion to Set Aside or Amend Jury Verdict hereby is DENIED.

2. Upon the jury verdict returned on July 20, 2005, plaintiff shall HAVE AND RECOVER JUDGMENT against the defendant, Constance Cromartie, in the amount of $81,800.00.

3. The Clerk forthwith is to ENTER this judgment upon the records of the court.

The Clerk of the Court hereby is directed to transmit a copy of this order to all counsel of record.

ENTERED: /s/
U.S. Magistrate Judge

9/21/05
Date